Raymond BINGHAM, Petitioner— Appellant,

v.

Paul M. SCHULTZ, Warden, Respondent—Appellee.

No. 04–17069.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.*

Decided June 22, 2005.

Raymond Bingham, Atwater, CA, pro se.

Thomas W. Flynn, Esq., Sacramento, CA, for Respondent–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

Federal prisoner Raymond Bingham appeals pro se the district court's judgment dismissing his 28 U.S.C. § 2241 habeas petition for lack of jurisdiction. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *Tripati v. Henman,* 843 F.2d 1160, 1162 (9th Cir.1988), and we affirm.

The district court properly dismissed Bingham's § 2241 petition because he has not demonstrated that a motion under 28 U.S.C. § 2255 is inadequate or ineffective to test the legality of his detention. *See Moore v. Reno,* 185 F.3d 1054, 1055 (9th Cir.1999) (per curiam) (rejecting contention that § 2255 is inadequate or ineffective merely because the prisoner's § 2255 motion might be second or successive). Although Bingham couches his claims as a challenge to the execution of his sentence, he is actually challenging the validity of the sentence imposed by the district court. Accordingly, the district court properly dismissed Bingham's § 2241 petition for lack of jurisdiction. *See id.*

Bingham's motion for appointment of counsel is denied.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.